Certificate Number: 16339-PAE-DE-040583597

Bankruptcy Case Number: 26-10032



16339-PAE-DE-040583597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2026, at 2:22 o'clock PM EST, Alenia Graham completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 4, 2026          By:    /s/Kris Krumal

                                 Name:  Kris Krumal

                                 Title: Certified Financial Counselor